**FILED**

03/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0084

IN THE SUPREME COURT OF THE STATE OF MONTANA
CASE NO. 24-0084

---

FAYE JACKSON, an individual, and as Personal Representative of the Estate of Edna Balkoski, Deceased,

Appellant,

v.

STEVEN BALKOSKI, an individual,

Appellee.

---

On Appeal from the Montana Eighteenth Judicial District Court,
Gallatin County, Cause No. DV-2019-726C,
Honorable John Brown Presiding

---

### ORDER EXTENDING TIME TO FILE OPENING BRIEF

Michael L. Rabb
THE RABB LAW FIRM, PLLC
3950 Valley Commons Drive, Suite 1
Bozeman, MT 59718
(406) 404-1747
service@therabblawfirm.com
*Attorney for Appellee*

Barb Harris, MLSA
616 Helena Ave., Suite 100
Helena, MT 59601
(406) 442-9830
bharris@mtlsa.org
*Attorney for Appellant*

Appellant Faye Jackson having filed a Motion for Extension of Time to File Appellant's Opening Brief, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's Motion is GRANTED. Appellant's Opening Brief shall be due on April 15, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2024